| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Camp, Jack T | U.S. District Ct, Northern GA | 06/21/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 18 Greenville Street<br>P.O. Box 939<br>Newnan, GA 30264 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/4 interest) | Greison Trail Joint Venture, Newnan, GA ▮ |
| 2. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA ▮ |
| 3. Partner (17% interest) | Handy Land & Timber, L.L.L.P., Newnan, GA ▮ |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 26 A 11: 10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X · NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (common stock) | A | Dividend | K | T | Merger w/SBC | 11/18 | | | |
| 2. AT&T Wireless (merged w/Cingular) | A | Dividend | | | Redemption | 01/25 | J | B | In merger w/Cingular |
| 3. Bell South (common stock) | A | Dividend | J | T | | | | | |
| 4. Boeing (common stock) | A | Dividend | J | T | | | | | |
| 5. Comcast | A | Dividend | J | T | | | | | |
| 6. Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 7. Lucent Technologis (common stock) | A | Dividend | J | T | | | | | |
| 8. Rockwell(common stock) | A | Dividend | K | T | | | | | Increase in market value |
| 9. QWest, formerly known as U.S. West (common stock) | A | Dividend | J | T | | | | | |
| 10. Verizon, formerly Bell Atlantic | A | Dividend | J | T | | | | | Decrease in market value |
| 11. Vodaphone | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. INVEST FINANCIAL (CMA ACCOUNT) | | | | | | | | | |
| 14. Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 15. Aegon NV | A | Dividend | J | T | | | | | |
| 16. BB&T Corp. | D | Dividend | L | T | Sell | 03/15 | J | D | Partial sale |
| 17. Synovus Finl. Corp. | B | Dividend | M | T | Sell | 06/28 | J | F | Partial sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. INVEST FINANCIAL (IRA) | | | | | | | | | |
| 20. Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 21. S&P 500 | A | Dividend | J | T | | | | | |
| 22. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 23. Scudder Dreman High Return Class | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. INVEST FINANCIAL (ROLLOVER IRA) | | | | | | | | | |
| 26. Aegon | A | Dividend | J | T | Buy | 04/22 | J | | Purchase |
| 27. Prime Fund - Capital Reserves (Money Market) | A | Dividend | K | T | Buy | 12/20 | J | | Partial purchase |
| 28. BB&T Corp. | C | Dividend | L | T | | | | | Decrease in market value |
| 29. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 30. Deere & Company | A | Dividend | J | T | | | | | |
| 31. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 32. Scudder Dreman High Return - Class B | A | Dividend | K | T | | | | | |
| 33. Eaton Vance Worldwide Health Sciences - Class B | A | Dividend | K | T | | | | | |
| 34. Duke Energy | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 36. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 37. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 38. Microsoft Corp. NFS, Inc. | C | Dividend | J | T | | | | | |
| 39. Costco Wholesale Corp. | A | Dividend | L | T | | | | | |
| 40. General Electric Co. | C | Dividend | J | T | Buy | 08/05 | J | | Purchase |
| 41. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 42. Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 43. Synovus | A | Dividend | J | T | Buy | 04/25 | J | | Purchase |
| 44. EnergySouth, Inc. | A | Dividend | J | T | Buy | 02/22 | J | | Purchase |
| 45. Forest Laboratories, Inc. | A | Dividend | J | T | Buy | 03/22 | J | | Purchase |
| 46. American International Group, Inc. | A | Dividend | J | T | Buy | 04/06 | J | | Purchase |
| 47. CarMax, Inc. | A | Dividend | J | T | Buy | 04/07 | J | | Purchase |
| 48. | | | | | | | | | |
| 49. USAA IRA | | | | | | | | | |
| 50. USAA Income Stock Fund | B | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. USAA-ETC | | | | | | | | | |
| 53. USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. EDWARD JONES IRA - LIZ | | | | | | | | | |
| 56. Putnam Fund Growth & Income Class A | A | Dividend | J | T | | | | | |
| 57. VanKampen Capital Emerging Growth Fund Class A | A | Dividend | J | T | | | | | |
| 58. VanKampen American Capital Enterprise Fund Class A | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. PRUDENTIAL BACHE ACCT. | | | | | | | | | |
| 61. Treasury Coupon Bond | | None | K | T | | | | | |
| 62. Prudential Utility Fund Class A | A | Dividend | K | T | | | | | |
| 63. Prudential Equity Fund Class B | A | Dividend | J | T | | | | | |
| 64. Prudential Moneymart Assets Fund | A | Dividend | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. USAA-CUSTODIAL | | | | | | | | | |
| 67. Income Stock Fund | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SOUTHWEST GA. BANK - IRA | | | | | | | | | |
| 70. Coca-Cola (common stock) | A | Dividend | J | T | | | | | |
| 71. Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 72. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 73. Cash - Southwest Ga. Bank | A | Interest | J | T | | | | | |
| 74. Savings - Southwest Ga. Bank | A | Interest | J | T | | | | | |
| 75. Caterpillar | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. Associated Federal Employees Credit Union | A | Dividend | J | T | | | | | |
| 78. BB&T (formerly Century South) | A | Interest | J | T | | | | | |
| 79. BB&T (formerly First Citizens Bank) | A | Interest | K | T | | | | | |
| 80. Greison Trail Joint Venture | E | Rent | M | W | | | | | |
| 81. Nautilus Joint Venture | D | Rent | K | W | | | | | |
| 82. ▮▮▮▮ Coweta County, GA | F | Distribution | L | W | Sale-partial | 01/21 | L | | See add'tl comments |
| 83. ▮▮▮▮ Heard Co., Georgia | | None | M | W | | | | | |
| 84. ▮▮▮▮ Coweta County, Georgia | | None | K | W | | | | | |
| 85. ▮▮▮▮ Coweta Co., Georgia | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▇▇▇▇Coweta County, Ga | | None | K | W | | | | | |
| 87. ▇▇▇▇Coweta County, GA | | None | K | W | | | | | |
| 88. Argicultural land, ▇▇▇▇ Coweta Co., GA | | None | M | W | | | | | |
| 89. ▇▇▇▇Coweta County, Ga | | None | L | W | | | | | |
| 90. ▇▇▇▇ Coweta Cty. GA | | None | L | W | | | | | |
| 91. Handy Land & Timber, F.L.L.P., Coweta Cty., GA | | None | L | W | | | | | |
| 92. Rental Property #1, Coweta County, Ga | C | Rent | L | W | | | | | |
| 93. Rental Property #2, Coweta County, GA | A | Rent | M | W | | | | | |
| 94. Dekalb County Sewer & Revenue Bond | A | Interest | J | T | Redemption | 08/05 | J | A | Partial redemption |
| 95. ▇▇▇▇Coweta County, GA | | None | M | W | Buy | 02/27 | M | | Property purchase |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D –$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following explanation relates to Item No. 80 under VII. Investments and Trusts:

The sale reflects the sale of two parcels from the remaining tract, leaving

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 06/21/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date

NOTE: ANYONE WHO FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544